```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

| | |
|---|---|
| DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO,<br><br>    Petitioner,<br><br>- against -<br><br>NATIONAL DRYWALL INC.,<br>    Respondent. | 25-cv-2351 (JGK)<br><br><u>ORDER</u> |

JOHN G. KOELTL, District Judge:

  A petition to confirm an arbitration award has been filed with this Court. The respondent shall serve and file papers in response to the petition by **May 12, 2025**. The petitioner shall serve and file any reply papers by **June 2, 2025**. The petitioner is directed to serve a copy of this Order on the respondent.

SO ORDERED.
Dated:  New York, New York
    April 14, 2025

                   _____
                     John G. Koeltl
                 United States District Judge