Case 1:25-cv-02351-JGK   Document 17   Filed 05/20/25   Page 1 of 1



**BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd

Abrahim M. Assaily
Matthew J. Berger*
Danielle M. Carney
Michele J. Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel:  914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel:  914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

May 19, 2025

VIA ECF
Honorable John G. Koeltl, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

> Application Granted. The July 30, 2025 conference is canceled.
> SO ORDERED.
>
> Dated: May 20, 2025          /s/ John G. Koeltl
>        New York, New York    John G. Koeltl, U.S.D.J.

<u>Re:</u>   <u>Drywall Tapers and Painters of Greater New York Local Union 1974, et al. v. National Drywall Inc.</u>

<u>Case No.:</u>   1:25-cv-02351-JGK

Dear Judge Koeltl,

    This firm represents Petitioners Drywall Tapers and Painters of Greater New York Local Union 1974, et al. in the above referenced matter. On March 21, 2025, Petitioners filed an application to confirm an arbitration decision and award. On April 9th, the Court entered an Order, scheduling a conference on July 30th. On May 14th, Petitioners filed a motion for summary judgment and an affirmation in support of court costs and fees. To date, Respondent National Drywall Inc. fails to oppose Petitioners' application to confirm the arbitration decision and award. Respondent National Drywall Inc. has not entered an appearance in this matter. In light of the aforementioned circumstances, Petitioners respectfully request that the scheduled July 30th conference be adjourned *sine die*.

    I appreciate your time and attention to this matter. Thank you.

                                         Respectfully submitted,

                                         */s/ Lauren M. Kugielska*
                                         Lauren M. Kugielska