**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO,

                       Petitioner,                    25 **CIVIL** 2351 (JGK)

    -against-                            **JUDGMENT**

NATIONAL DRYWALL INC,

                       Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 29, 2025, the petition to enforce the arbitration award dated November 22, 2024, is granted. Judgment is hereby entered for the petitioner as follows: In the amount of $10,000.00 in fines; In the amount of $2,250 in attorney's fees; In the amount of $532 for court costs; and Post-judgment interest accruing at the statutory rate provided by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
           May 30, 2025

                                                        **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                           **BY:**                  *[signature]*

                                                         **Deputy Clerk**